**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Marquez

,

Plaintiff(s),

v.

BHC Streamwood Hospital, Inc. d/b/a
Streamwood Behavioral Healthcare System,

Defendant(s).

Case No.  20-cv-4267
Judge  Robert M. Dow

**<u>ORDER</u>**

Upon review of the joint status report [14] filed on 9/15/2020, the Court sets the following briefing schedule on Defendant's anticipated motion to dismiss expected to be filed on 10/5/2020:  response due by 11/2/2020; reply due by 11/23/2020.  The Court will issue a ruling by mail.  In addition, Plaintiff's unopposed motion seeking authorization for Plaintiff Jane Doe 2 and her parents to proceed under a pseudonym [3] is granted.  "The presumption that parties' identities are public information, and the possible prejudice to the opposing party from concealment, can be rebutted by a showing that the harm to the [party requesting anonymity]…exceeds the likely harm from concealment." Doe v. City of Chicago, 360 F.3d 667, 669 (7th Cir. 2004).  Here, Jane Doe 2 is a minor and the circumstances surrounding this case reveal her to be a vulnerable individual.  Keeping the names of her parents private also is justified as incident to protecting their minor child's privacy.  If the parties have a mutual interest in a referral to the Magistrate Judge for a settlement conference, they may contact the Courtroom Deputy at any time.

Date:  9/21/2020                                              /s/ Judge Dow